# IN THE THIRD JUDICIAL DISTRICT
# SHAWNEE COUNTY, KANSAS

*FILED BY CLERK*
*KS. DISTRICT COURT*
*THIRD JUDICIAL DIST.*
*TOPEKA, KS*
*2005 DEC 30 P 3:18*

1) Your name

Plaintiff(s) James J Johnson

vs

Their names Jerry Cook Post Master Auburn, Kansas
Tag-Carrier aka-last name known
Defendant(s) United States Postal Service

2) Case Number 05-C-1689

3) **PETITION**

4) The Plaintiff in the above-captioned matter requests that the above named defendants reimburse me James J Johnson for personal losses of 250,000 contest winnings, and a Western Union Credit card I did not receive. Also I might add that under oath I would state that one day Jerry was delivering my mail and I was coming out of my home to go some where and as he was putting mail in the box I heard some one else say it is there that Jerry left in there, I didn't think anyone else could get your mail without your permission. I would like to know who this other

5) person is I think I know who they work for but I don't know for sure. This is crime under US law.

Your signature: James J Johnson
Print name: James J Johnson
Address: 3805 Sw 18th St.
Topeka, Kansas 66604 apt. 609
Phone: 785 8454891

James J Johnson

6) SUBSCRIBED AND SWORN TO before me, a notary public, or deputy Clerk, this ___ day of
STATE OF KANSAS, COUNTY OF SHAWNEE, SS:
I hereby certify the above and foregoing to be a true and correct copy, the original of which is filed and entered of record in the court
Dated December 30 2005
CLERK of the DISTRICT COURT
7) By _____ DEPUTY

**SERVICE INSTRUCTIONS**
I hereby request that the defendant (name) Jerry Cook Postmaster at address Auburn Kansas, be served with summons to be served by the Sheriff of Shawnee County ☐ Personally or by ☑ Certified Mail.

## SERVICE INSTRUCTIONS

I hereby request that the defendant (name) _Terry Cook, Postmaster_ at address _Auburn KS_, be served with summons to be served by the Sheriff of Shawnee County ☐ Personally or by ☒ Certified Mail.

0600300386

personal service

DISTRICT COURT OF SHAWNEE COUNTY KANSAS
200 East 7th
Topeka, Kansas  66603
Division 07
Chapter 60

Case Number 05C 001687

JAMES J JOHNSON
Plaintiff 1


           VS.

UNITED STATES POSTAL SERVICE
Defendant 1


SUMMONS

To the above named Defendant,
You are hereby notified that an action has been commenced against you in this court.  If you wish to dispute the claim, you are required to file your answer to the Petition with the court and serve a copy upon:

JAMES J JOHNSON PRO SE
38055 W 18TH STREET
APT 609
TOPEKA,  KS   66604
Attorney for Plaintiff 1


Within twenty (20) days of service upon you.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition.  Any related claim which you may have against the plaintiff must be stated as a counter claim in your answer, or you will be barred from making such claim in any other action.

Dated 3 January, 2006

```
------------------------------
       Official
Seal of the District Court
   Shawnee County, Kansas
   29 January   MDCCCLXI
------------------------------
```

                                        Angela M. Callahan
                                   Clerk of the District Court

                                        By NMI4IFRH64
                                        Deputy Clerk

                                        *Ravo*
                                        *9RC*


0600300386 EW    PG 1

```
CASE # 05C 00168T                Personal SERVICE ON:                         SHAWNEE         County
DOC # 0600300386                                                              Issue: 01/03/06
JAMES J JOHNSON                  UNITED STATES POSTAL SERVICE
 vs                              TERRY COOK POSTMASTER
                                 AUBURN POST OFFICE
UNITED STATES POSTAL SERV        AUBURN              KS 66402
                                 R E T U R N  O F  S E R V I C E               $5.00 Check attached.
            I hereby certify that I have served this document:
            (1) PERSONAL SERVICE: By delivering a copy of such document to each of the following defendants on the dates indicated:
_____
            (2) RESIDENCE SERVICE: By leaving a copy of such document at the usual place of residence of each of the following
         defendants with some person of suitable age and discretion residing therein on the dates indicated:
_____
            (3) AGENT SERVICE: By delivering a copy of such document to each of the following agents authorized by appointment or by
         law to receive service of process on the dates indicated:
_____
            (4) RESIDENCE SERVICE AND MAILING: By leaving a copy of such document at the usual place of residence of each of the
         following defendants and mailing by first-class mail on the dates indicated a notice that such copy has been so left:
_____
            (5) SERVICE BY RETURN RECEIPT DELIVERY: I hereby certify that I have served the within document: (1) By causing to be
         delivered on the _____ day of _____, 20____, a copy of the document in the above action by return
         receipt delivery to each of the within-named defendants; (2) the name and address on the envelope containing the process
         mailed as certified mail return receipt requested were as follows:
         _____ with such
         delivery made by the following person or entity: _____ Attached hereto is
         a
         copy of the of the return receipt evidencing such delivery.
            (6) FIRST CLASS MAIL SERVICE: I hereby certify that I have served the within document by first class mail, postage
         prepaid, to each of the named defendants.
_____
            (7) RETURN RECEIPT DELIVERY REFUSED. I hereby certify that on the _____ day of _____, 20____, I
         mailed a copy of the document in the above action by first-class mail, postage prepaid, addressed to _____ at
         _____.
            (8) TELEFACSIMILE COMMUNICATION. By faxing on the ____ day of _____, _____, at ____ o'clock __M., a copy of
         the garnishment order, along with two copies of the answer form, to the following persons: _____
         _____ Number of transmitting machine: _____
         Number of receiving machine: _____
            (9) INTERNET ELECTRONIC MAIL. By e-mailing on the _____ day of _____, _____, at ____ o'clock __M., a copy of
         the garnishment order, along with a copy of the answer form, to the following persons at the following e-mail addresses:

         Transmitting person's e-mail address: _____
            (10) AVOIDANCE OF SERVICE: After diligent effort, I am satisfied that the following defendants are secreting themselves
         in order to avoid the process of the court.
_____
            (11) NO SERVICE: The following defendants were not found in this county :
_____
Subject to penalty of perjury I _____ have served process on _____
                                       (signature of officer)                                     (date)
at _____ am/pm at the address stated above; according to KSA 21-3805 and amendments thereto.
Case # 05C 00168T                                                         Return to:
SUMMONS                                                                   Clerk of the District Ct.
DOC # 0600300386                                                          Shawnee Co Courthouse, Rm 209
                                                                          Topeka, KS  66603-3958
            JAMES J JOHNSON PRO SE
            3805 W 18TH STREET
            APT 509
            TOPEKA, KS. 66604


********************* COMPLETED RETURN *********************
File Stamped: 01/18/06
Summons returned, residence service, left with Agent/Officer - as to
UNITED STATES POSTAL SERVICE 01/13/06, Entered by 0874, Address: TERRY
COOK POSTMASTER; AUBURN POST OFFICE; AUBURN, KS 66402 ( GERALD
ESPINOZA)
```

0600300386 auto